**DISMISS; and Opinion Filed May 6, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00029-CV

**NICHOLAS WESTERMAN, Appellant**
**V.**
**POST HEIGHTS, Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-05822-A**

# MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Reichek
Opinion by Justice Osborne

Appellant Nicholas Westerman's brief in this case is overdue. By postcard dated March 26, 2019, we notified appellant the time for filing his brief had expired. We directed appellant to file both his brief and an extension motion within ten days. We cautioned appellant that failure to file his brief and extension motion would result in dismissal of this appeal. To date, appellant has not filed his brief, an extension motion, or otherwise corresponded with the court regarding the status of his brief.

Accordingly, we dismiss the appeal.  *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

 

 

/Leslie Osborne/
                              
LESLIE OSBORNE
JUSTICE

190029F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

NICHOLAS WESTERMAN, Appellant

No. 05-19-00029-CV      V.

POST HEIGHTS, Appellee

On Appeal from the County Court at Law No. 1, Dallas County, Texas
Trial Court Cause No. CC-18-05822-A.
Opinion delivered by Justice Osborne.
Justices Schenck and Reichek participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 6th day of May, 2019.